IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02532-RPM

BEELER PROPERTIES, LLC, a Colorado limited liability company,
LAMBERTSON HOMES, LLC, a Colorado limited liability company,
MEMPHIS STREET, LLC, a Colorado limited liability company, and
1225 PARTNER, LLLP, a Colorado limited liability partnership,

    Plaintiffs,

v.

LOWE ENTERPRISES RESIDENTIAL INVESTORS, LLC,
a Delaware limited liability company, and
PAUL LUCATUORTO, an individual,

    Defendants.

_____

## ORDER OF DISMISSING CASE
_____

    Pursuant to the Notice of Dismissal, filed December 23, 2006 [5], it is

    ORDERED that this civil action is dismissed without prejudice and all parties shall pay their own costs and attorney fees.

    DATED: December 26th, 2006

                            BY THE COURT:

                            s/ Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge